# Order

Michigan Supreme Court
Lansing, Michigan

January 27, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

161879

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                      SC: 161879
                                      COA: 353816

MICHAEL WILLIAM GRAHAM,
        Defendant-Appellant.
                                      Otsego CC: 19-005752-FH

_____/

On order of the Court, the application for leave to appeal the July 24, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, J., (*concurring*).

I concur in this Court's order denying leave to appeal. I write separately to note that, although defendant is precluded from obtaining a plea withdrawal on direct appeal because he failed to file a motion to withdraw his plea in the trial court, MCR 6.310(C)(1); MCR 6.310(D), he may still seek a plea withdrawal based on the trial court's failure to advise him of the possibility that his sentences would be imposed consecutively in a motion for relief from judgment, MCR 6.310(C)(2); MCR 6.508(D)(3); see also *People v Warren*, 505 Mich 196 (2020). I further note that this Court's denial is a not a decision on the merits and therefore defendant is not precluded under MCR 6.508(D)(2) from seeking a plea withdrawal in a motion for relief from judgment. See *People v Poole*, 497 Mich 1022 (2015) ("[O]rders denying leave to appeal [are] not rulings on the merits of the issues presented."), citing *Grievance Administrator v Lopatin*, 462 Mich 235, 260 (2000).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2021



s0120

Clerk